IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**09 1783**

Civil Action No#_____

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, _____Peter Kristofer Strojnik_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __3219__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| California | 06/01/2006 | 242728 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Arizona | 05/14/2008 | 026082 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

FILED APR 17 2009
By _____ Dep. Clerk

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| 9th Circuit Court of Appeals | 07/10/2006 | 242728 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Southern District of California | 07/11/2006 | 242728 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Arizona | 07/14/2008 | 026082 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    All Plaintiffs

_____
(Applicant's Signature)

04/08/2009
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3030 North Central Avenue, Suite 1401

Phoenix, Arizona 85012

602-297-3019

Sworn and subscribed before me this
8th Day of April, 2009

_____
Notary Public

OFFICIAL SEAL
TANYA STROJNIK
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 24, 2010

10/04

FILED
APR 17 2009
                    Dep. Cler.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Peter Kristofer Strojnik___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Evan C. Pappas | | Jan. 26, 2006 | 200103 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3425 Simpson Ferry Road

Camp Hill, Pennsylvania 17011

717-763-1121

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tammy L. Margeson, Notary Public
Lower Allen Twp., Cumberland County
My Commission Expires Dec. 21, 2011

Member, Pennsylvania Association of Notaries

Sworn and subscribed before me this
___ Day of ___April___, 200_9_

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSUMER PROTECTION CORPORATION et al : CIVIL ACTION

v.

DIGITALSPEED COMMUNICATIONS, INC. et al. : NO. 09 1783

FILED APR 17 2009

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Peter Kristofer Strojnik_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

1. Evan C. Pappas, Esq., Shumaker Williams, P.C., P.O. Box 88, Harrisburg, Pa 17108

2. Clerk of Court, U.S. District Court (EDPA), 601 Market St., Room 2609, Philadelphia, Pa 19106

Signature of Attorney

Peter Strojnik
Name of Attorney

All Plaintiffs
Name of Moving Party

4/14/09
Date