IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSUMER PROTECTION CORPORATION;  :
PETER STROJNIK, P.C.; and,
DAVID M. DePINTO
        Plaintiffs,  :
  v.
                                            CIVIL NO. 09-1783

DIGITAL SPEED COMMUNICATIONS, INC.  :
ADAM H. PASTERNACK; and,
ABC DEFENDANTS 1-50
        Defendants.  :

**ORDER**

    AND NOW, this 8th day of May, 2009, it is hereby ORDERED and DECREED that Plaintiffs Consumer Protection Corporation and Peter Strojnik's Disclosure Statement Forms (Doc. Nos. 4 & 5) are hereby STRICKEN.[1]

                                                BY THE COURT:

                                                /s/ C. Darnell Jones  II     J.

---

[1] The two Disclosure Statements referred to hereinabove were filed earlier this day with the Court by Attorney Peter Strojnik, who indicates therein that he is "Counsel for all Plaintiffs." (Doc. Nos. 4 & 5) . However, on April 30, 2009, this Court denied Attorney Strojnik's Application for *Pro Hac Vice* Admission. (Doc. No. 3). Accordingly, Mr. Strojnik is currently not permitted to practice law in this District.