IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSUMER PROTECTION CORPORATION;   :
PETER STROJNIK, P.C.; and,
DAVID M. DePINTO
        Plaintiffs,   :
  v.
                                        CIVIL NO. 09-1783

DIGITAL SPEED COMMUNICATIONS, INC.   :
ADAM H. PASTERNACK; and,
ABC DEFENDANTS 1-50
        Defendants.   :

**<u>ORDER</u>**

AND NOW, this 10th day of June, 2009, upon consideration of the renewed Application for Admission *Pro Hac Vice* of Peter Kristofer Strojnik, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 7), it is hereby ORDERED that said motion is GRANTED upon the condition that designated associate counsel enter an appearance within ten (10) days of the entry of this Order.[1]

---

[1] Pursuant to E.D. Pa. Civ. P. R. 83.5.2(a),

> Except for attorneys appearing on behalf of the United States Government or a department or agency thereof pursuant to Rule 83.5(e), any attorney who is not a member of the bar of this Court <u>shall</u>, in each proceeding in which that attorney desires to appear, <u>have as associate counsel of record a member of the bar of this Court</u> upon whom all pleadings, motions, notices and other papers can be served conformably to the Federal Rules of Civil Procedure and the rules of this Court. *Id.*

A review of the dockets in this matter indicates that Attorney Evan C. Pappas is not counsel of record in this matter. Instead, Attorney Peter Kristofer Strojnik, Esq. is listed as sole counsel for Plaintiffs and "Lead Attorney - Attorney to be Noticed." Inasmuch as "[o]ne purpose of [E.D. Pa. Civ. P. R. 83.5.2] is to facilitate the service of papers during the course of
(continued...)

BY THE COURT:

/s/ C. Darnell Jones  II     J.

---

[1](...continued)
the litigation upon the party represented by out-of-the jurisdiction counsel," it is imperative that Mr. Pappas enter his appearance. *See Mowrer v. Warner-Lambert Company,* 1998 U.S. Dist. LEXIS 12746 at *2 (E.D. Pa. 1998).