**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
**3030 North Central Avenue**
**Phoenix, Arizona 85012**
**(602) 297-3019**

Peter Kristofer Strojnik AZBN 026082 CABN 242728
*Eastern District of PA Pro Hac Vice Admission*
pksesq@aol.com
Attorney for Plaintiffs

Evan C. Pappas, Esq.
SHUMAKER WILLIAMS P.C.
3425 Simpson Ferry Road
Camp Hill, Pennsylvania 17011
Telephone: (717) 763-1121
Facsimile: (717) 763-7419
Email: ecp@shumakerwilliams.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation; PETER STROJNIK, P.C., an Arizona Corporation; DAVID M. DEPINTO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DIGITALSPEED COMMUNICATIONS, INC., a Pennsylvania Corporation; ADAM H. PASTERNACK, an individual; SLINGSHOT TECHNOLOGIES CORPORATION, a Pennsylvania Corporation; ABC DEFENDANTS 1-50, <br><br> Defendants. | NO. 2:09-CV-1783 <br><br> **FIRST AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND FOR DAMAGES ARISING OUT OF TRANSMISSION OF UNSOLICITED FACSIMILES – 47 U.S.C. § 227** <br><br> **REQUEST FOR TRIAL BY JURY** |

Plaintiffs, on Plaintiffs' behalf and on behalf of the Class of persons and entities defined below, allege as follows:

-1-

## PARTIES, JURISDICTION AND VENUE

1) Plaintiff Consumer Protection Corporation ("CPC") is an Arizona corporation with its principal place of business in Phoenix, Arizona. CPC is in the business of protecting consumers from fraudulent activities including those consumers who have received unsolicited facsimile advertisements.

2) Plaintiff Peter Strojnik, P.C. is an Arizona corporation with its principal place of business in Phoenix, Arizona.

3) Plaintiff David M. Depinto is an individual residing in the State of Arizona.

4) Defendant Slingshot Technologies Corporation ("Slingshot") is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. Slingshot is in the business of providing fax blasting services to the general public.

5) Defendant Digitalspeed Communications, Inc. ("Digitalspeed") is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. Digitalspeed is in the business of fax transmission services. Digitalspeed is also in the business of providing toll-free removal telephone numbers to fax transmission services such as Slingshot. Such removal numbers are provided to be placed on the bottom of the illegal fax transmissions.

6) Defendant Adam H. Pasternack ("Pasternack") is an individual residing in Villanova, Pennsylvania. Pasternack is the President and chief executive officer of Digitalspeed and Slingshot.

7) ABC Defendants are the persons and/or entities whose identities are unknown to Plaintiff, but did violate and/or conspired to violate the TCPA, or aided and abetted the principal violators of the TCPA, through the sending of the facsimiles at issue here.

8) This Court has personal jurisdiction over Digitalspeed and Slingshot by virtue of the fact that they are both incorporated in the Commonwealth of Pennsylvania and have their principal places of business in Pennsylvania.

9) This Court has personal jurisdiction over Pasternack by virtue of the fact that he is a resident of the Commonwealth of Pennsylvania.

10) The venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 *et seq.* because all Defendants either have their principal place of business in or reside in the Eastern U.S. District of Pennsylvania.

11) Digitalspeed, Slingshot and Pasternack have broadcasted, conspired to broadcast, and aided and abetted each other (and others) in the broadcast of several million facsimiles in violation of the TCPA. Pursuant to the TCPA, these Defendants are liable in statutory damages between the sums of $500 to $1,500 for each facsimile that violates the TCPA. In light of the fact that the senders of the subject Faxes were paid in excess of $100,000 and the cost of sending a particular fax ranges from $0.01 and $0.05, these Defendants are liable for damages ranging from $1 billion to $10 billion in statutory damages for their violation of the TCPA.

12) This Court has original jurisdiction over this matter by virtue of the Class Action Fairness Act, 28 U.S.C. § 1332(d) requiring minimum diversity and the amount in controversy exceeding $5 million. Complete diversity exists between all Plaintiffs and all Defendants

because Plaintiffs are residents of or incorporated in Arizona, and Defendants are residents of or incorporated in Pennsylvania.

13) This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States of America, to wit: 47 U.S.C. 227 et seq.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

14) Plaintiffs reallege all allegations heretofore set forth.

15) On June 25, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Signalife, Inc. ("Signalife Fax"). Digitalspeed, Slingshot and Pasternack sent the Signalife Fax to Plaintiff.

16) On August 1, 2008, CPC received an unsolicited a facsimile advertising discount vacations in Florida ("Vacation Fax"). Digitalspeed, Slingshot and Pasternack sent the Vacation Fax to Plaintiff.

17) On June 23, 2008, CPC received an unsolicited facsimile advertising for purchase the publicly traded stock of Medefile International, Inc. ("Medefile Fax"). Digitalspeed, Slingshot and Pasternack sent the Medefile Fax to Plaintiff.

18) On May 20, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Hybrid Technologies, Inc. ("Hybrid Fax"). Digitalspeed, Slingshot and Pasternack sent the Hybrid Fax to Plaintiff.

19) On June 4, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Superlattice Power, Inc. ("Superlattice 1 Fax"). Digitalspeed, Slingshot and Pasternack sent the Superlattice 1 Fax to Plaintiff.

20) On June 16, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Superlattice Power, Inc. ("Superlattice 2 Fax"). Digitalspeed, Slingshot and Pasternack sent the Superlattice 2 Fax to Plaintiff.

21) On July 10, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Superlattice Power, Inc. ("Superlattice 3 Fax"). Digitalspeed, Slingshot and Pasternack sent the Superlattice 3 Fax to Plaintiff.

22) On June 10, 2008, Strojnik PC received an unsolicited facsimile advertising for purchase the publicly traded stock of Global Entertainment Acquisition Corporation ("Global Fax"). Digitalspeed, Slingshot and Pasternack sent the Global Fax to Plaintiff.

23) On May 28, 2008, CPC received an unsolicited facsimile advertising for purchase the publicly traded stock of Playbox (US) Inc. ("Playbox Fax"). Digitalspeed, Slingshot and Pasternack sent the Playbox Fax to Plaintiff.

24) On December 21, 2008, David M. Depinto received an unsolicited facsimile advertising for purchase the publicly traded stock of Coal Corporation ("Coal Fax"). Digitalspeed, Slingshot and Pasternack sent the Coal Fax to Plaintiff.

25) All unsolicited facsimiles noted above shall be collectively referred to herein as the "Unsolicited Faxes" and are attached hereto as Exhibit 1, and by this reference are incorporated herein.

26) No named Plaintiff herein has any business relationship or any other relationship with any named Defendant. No named Plaintiff invited any Defendant to broadcast any of the unsolicited facsimiles to them.

27) Digitalspeed purports to be a legitimate telephone common carrier, but it is also involved in the illegal business of fax blasting in violation of the TCPA, conspiring to violate the TCPA by entering into agreements with Slingshot to provide toll-free removal numbers for Slingshot's illegal fax transmission services, and aiding and abetting Slingshot in its illegal fax transmission services.

28) Digitalspeed and Slingshot are both owned and operated by Pasternack. Pasternack uses Digitalspeed and Slingshot as a fictitious corporate veil, see infra, to mass broadcast millions of facsimiles across the United States of America for his own personal gain thereby frustrating citizens and consumers across the Country with annoying and unwanted faxes.

29) Among other things, consumers and small business owners contact Slingshot in an attempt to advertise their respective business. Slingshot provides illegal fax transmission services to these consumers and small business owners. As part of the sale, Slingshot offers the consumer or small business owner the service of a toll-free removal number for the particular facsimile the consumer desires to transmit. Slingshot suggests Digitalspeed, which is also owned by Pasternack.

30) Slingshot and Digitalspeed have an explicit and/or implicit agreement whereby Slingshot will recommend the consumer to Digitalspeed for the removal number, and Digitalspeed will offer the consumer and/or Slingshot a reduced rate. This agreement is of course between two companies owned and operated by the same proprietor – Pasternack.

31) Digitalspeed and Slingshot are the alter egos of Pasternack in the following particulars:

   a. Pasternack is the sole shareholder and president of Digitalspeed and Slingshot;

b.  On information and belief, Digitalspeed and Slingshot are both grossly undercapitalized to meet their financial responsibilities;

c.  On information and belief, Digitalspeed and Slingshot are not solvent;

d.  On information and belief, Pasternack siphons funds from Digitalspeed and Slingshot;

e.  On information and belief, Digitalspeed and Slingshot are merely a façade for the operations of Pasternack in that Pasternack operates an illegal facsimile transmission service under the guise of the underfunded Digitalspeed and Slingshot in order to protect himself from FCC and civil liability under the TCPA.

f.  Slingshot and Digitalspeed operate out of the same small office.

## CLASS ACTION ALLEGATIONS

32) Plaintiffs reallege all allegations heretofore set forth.

33) This is a proposed class action lawsuit brought on behalf of Plaintiffs and on behalf of other persons and entities that received an unsolicited facsimile advertisement to their telephone facsimile machine by Defendants.

34) Plaintiffs claim and allege that Defendants' use of the telephone facsimile machine, computer, or other device used to send an unsolicited facsimile advertisement to a telephone facsimile line violates the TCPA.

35) Plaintiffs bring this action in their individual capacities as well as on behalf of a class of persons and entities similarly situated ("Proposed Class").

36) The corporate Plaintiffs operate businesses in Phoenix, Arizona, and receive and have received unsolicited faxes that cause them damages due to the loss of their paper and

toner, the temporary loss of use of their facsimile machine and computer, the potential loss of business, and a violation of their right to privacy.

37) The individual Plaintiff is a resident of Arizona and receives and has received unsolicited faxes that causes him damages due to the loss of his paper and toner, the temporary loss of use of his facsimile machine and computer, the potential loss of business, and a violation of his right to privacy.

38) As a direct and proximate result of Defendants' conduct, Plaintiffs and the Proposed Class suffered damages due to the loss of paper and toner, the temporary loss of use of their facsimile machine and the potential loss of business while their facsimile machines were in use.

39) This Class Action is brought and may be maintained pursuant to Rule 23 of the Federal Rules of Civil Procedure. Plaintiffs seek to represent a Proposed Class comprised of:

**All persons and entities who received an unsolicited facsimile advertisement from Defendants or for which Defendants are otherwise primarily or secondarily liable at any time during the applicable statute of limitations.**

40) Plaintiffs and the Proposed Class were recipients of unsolicited facsimiles in violation of the TCPA.

41) This action is properly brought as a class action pursuant to FRCP 23, for the following reasons:

    a. Pursuant to the TCPA, a violator thereof is liable between the sums of $500 and $1,500. Defendants violated the TCPA by sending several million unsolicited facsimiles. At a cost of between $0.01 and $0.05 to send each fax, depending on

whether or not the particular consumer receives a bulk rate, Defendants are liable under the TCPA in excess of $1 billion.

b.  The Proposed Class is so numerous that joinder of all members is impracticable.

c.  There are questions of law or fact common to the Proposed Class as follows:

    i.  Whether Defendants violated the TCPA when sending the facsimiles at issue;

    ii.  Whether Defendants are primarily or secondarily liable under the TCPA;

    iii.  Whether the facsimiles that are the same or similar to the facsimiles at issue constitute "unsolicited advertisements" under the TCPA;

    iv.  Whether Plaintiffs and the Proposed Class are entitled to damages under the TCPA;

    v.  Whether Plaintiffs and the Proposed Class are entitled to treble damages under the TCPA;

    vi.  Whether Plaintiffs and the Proposed Class are entitled to injunctive relief under the TCPA;

    vii.  Whether Plaintiffs and the Proposed Class are entitled to declaratory relief.

d.  The claims or defenses of the representative parties are typical of the claims or defenses of the Proposed Class because all members of the Proposed Class received the same facsimiles at issue.

e.  The named Plaintiffs will fairly and adequately protect the interests of the Proposed Class because:

    i.  Plaintiffs seek no relief that is antagonistic to the Proposed Class;

    ii.  Plaintiffs have no established business relationship with any Defendant or any potential additional Defendant;

    iii.  Plaintiffs shall vigorously pursue the claims of the Proposed Class;

    iv.  Plaintiffs have retained counsel with sufficient experience in litigation matters who is competent in representing the interests of the Proposed Class;

    v.  Plaintiffs' counsel has expended significant efforts in this matter and is learned in tracking down the sources of unsolicited facsimiles.

f.  A Rule 23 Class Action is superior to any other available means for the adjudication of this controversy in the following particulars:

    i.  This action will cause an orderly and expeditious administration of the Proposed Class's claims

    ii.  The economics of time, effort and expense will be fostered;

    iii.  Uniformity of decisions will be ensured at the lowest costs and with the least expenditures of judicial resources.

g.  Because of the size of the Proposed Class, the expense and burden of individual litigation makes it impractical for the individual members of the Proposed Class to individually seek redress for the wrongs done to them. Plaintiffs believe that the Proposed Class, to the extent they are aware of their rights against Defendants, would be unable to secure counsel to litigate their claims on an individual basis because of the relatively small nature of the individual damages warranted and/or the value of the individual injunctive relief. Hence, a class action is the only

feasible means of recover for the members of the Proposed Class. Furthermore, without a class action, the Proposed Class will continue to suffer damages and Defendants will continue to violate federal law, retaining and reaping the proceeds of their wrongful marketing practices.

h. Plaintiffs do not anticipate difficulty in management of this action because the evidence proving Defendants' violation of the TCPA is ascertainable through discovery. The identities of the members of the Proposed Class are known to Defendants, and damages can be calculated from Defendants' records. This action poses no unusual difficulties that would impede its management by the Court as a Class Action.

## COUNT ONE
(Violation of the Telephone Consumer Protection Act against All Defendants)
(47 U.S.C. 227 et seq)

42) Plaintiffs reallege all allegations heretofore set forth.

43) Defendants or their agents used a telephone facsimile machine, computer, or other device to send the Unsolicited Faxes to Plaintiffs and the Proposed Class.

44) The Unsolicited Faxes advertise the commercial availability of products or services in violation of the TCPA.

45) In each instance of transmission, Defendants transmitted or caused to be transmitted the Unsolicited Faxes to telephone machines themselves, or had a high degree of involvement in the transmission of the Unsolicited Faxes to Plaintiffs. For example:

a. Defendants knew the Unsolicited Faxes were advertisements.

b. Defendants at times turn a blind eye to the content of the Unsolicited Faxes.

c. Defendants participated in the preparation of the Unsolicited Faxes' content.

d. Defendants provided the toll free removal numbers on the Unsolicited Faxes.

e. Defendants provide the database to permit consumers to illegally transmit their own facsimiles for a fee.

f. Defendants provided or obtained the fax telephone numbers of Plaintiffs and the members of the Proposed Class.

g. Plaintiffs and the Proposed Class do not have an established business relationship with any Defendant.

h. Defendants knew that Plaintiffs and the Proposed Class had not authorized the transmission of the Unsolicited Faxes by prior express invitation or permission.

46) As a direct and proximate result of said conduct, Plaintiffs and the Proposed Class have sustained damages.  Under the TCPA, Plaintiffs and each member of the Proposed Class are entitled to injunctive and declaratory relief enjoining Defendants' unlawful conduct, as well as incidental statutory damages.

47) As a result of said conduct, Plaintiffs and the Proposed Class suffered property damage, and Defendants have invaded their privacy.

**COUNT TWO**
(Declaratory Judgment against All Defendants)

48) Plaintiffs reallege all allegations heretofore set forth.

49) This count is brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 et seq.

50) A justiciable controversy exists between Plaintiffs and the Proposed Class and Defendants regarding the legality of Defendants' transmission of the Unsolicited Faxes.

51) Defendants claim that their conduct in sending the Unsolicited Faxes, conspiring to send the Unsolicited Faxes, and aiding and abetting each other and others in sending the illegal Faxes does not violate the TCPA.

52) Defendants claim, or may claim, that they obtained express invitation or consent to send the Unsolicited Faxes to Plaintiffs and the Proposed Class.

53) Defendants claim, or may claim, that they enjoyed an established business relationship with Plaintiffs and the Proposed Class.

54) Plaintiffs claim that Defendants' practices of broadcasting the Unsolicited Faxes, conspiring to broadcast the Faxes, and aiding and abetting each other and others in sending the Faxes violates the TCPA.

### COUNT THREE
(Civil Conspiracy against All Defendants)

55) Plaintiffs reallege all allegations heretofore set forth.

56) Defendants, including ABC Defendants, agreed among themselves to engage in a course of conduct involving a violation of the TCPA.

57) Defendants agreed to accomplish an unlawful purpose or to accomplish a lawful object by unlawful means, causing damages to Plaintiffs and the Proposed Class.

58) Plaintiffs and the Proposed Class have been damaged by the acts committed by Defendants pursuant to the civil conspiracy described above.

59) Defendants' conduct was intentional and premeditated, intended to unjustly benefit Digitalspeed, Pasternack and the companies whose stock and services are advertised on the Unsolicited Faxes at the expense of the Plaintiffs and Proposed Class, entitling Plaintiffs and the Proposed Class to punitive damages in an amount sufficient to deter these Conspirators and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000 each.

### COUNT FOUR
(Aiding and Abetting against All Defendants)

60) Plaintiffs reallege all allegations heretofore set forth.

61) Defendants, including ABC Defendants, aided and abetted one another as follows:

    a. All Defendants violated the TCPA by broadcasting the Unsolicited Faxes to Plaintiffs and the Proposed Class;

    b. All Defendants knew the transmission of the Unsolicited Faxes violated the TCPA;

    c. All Defendants substantially assisted or encouraged the principal violators of the TCPA in the following non-exclusive actions:

        i. They provided the information in the Unsolicited Faxes;

        ii. They accepted a fee for the provision of the database allowing the principal violator to transmit the Faxes;

        iii. They provided the toll free removal number placed on the bottom of the Faxes;

        iv. The information in the Unsolicited Faxes was false;

     v.  They provided the opportunity to the principal violators to violate the TCPA;

    vi.  They sought the benefits of the Unsolicited Faxes, which are the increase in the price of the specific stocks and the compensation paid to the principal violators for broadcast of the Unsolicited Faxes

    vii.  They accepted the benefits of the Unsolicited Faxes.

62) Plaintiff and the Proposed Class have been harmed by Defendants' aiding and abetting.

63) Defendants' conduct was intentional and premeditated, intended to unjustly benefit Digitalspeed, Slingshot, Pasternack and the companies whose stock and services are advertised on the Unsolicited Faxes at the expense of the Plaintiffs and Proposed Class, entitling Plaintiffs and the Proposed Class to punitive damages in an amount sufficient to deter these Conspirators and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000 each.

64) Defendants are responsible to Plaintiffs and the Proposed Class as aiders and abettors for the same amount of damages as the principal violators of the TCPA.

## REQUEST FOR TRIAL BY JURY

65) Plaintiffs request a trial by a jury on all issues triable by a jury.

## RELIEF SOUGHT

66) Plaintiffs pray for relief as follows:

    a.  For certification of the Proposed Class pursuant to FRCP 23;

    b.  For extraordinary, equitable, and/or injunctive relief as permitted by law to ensure that Defendants will not continue to send faxes in violation of the TCPA;

c.  For judgment in the amount of $500 for each member of the Proposed Class for incidental statutory damages for each individual Unsolicited Fax received from Defendants, or received in which Defendants conspired to send the Fax or aided and abetted in sending the Fax;

d.  For judgment in the amount equal to three times the damages to Plaintiffs and each member of the Proposed Class under the TCPA;

e.  For a declaration that Defendants violated the TCPA because they failed to obtain the express invitation or consent to send the subject facsimiles to Plaintiffs or the Proposed Class;

f.  For a declaration that Defendants violated the TCPA because they did not enjoy an established business relationship with Plaintiffs or the Proposed Class;

g.  For punitive damages in an amount sufficient to deter these Defendants and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000;

h.  For judgment for costs and fees incurred in connection with this action, including reasonable attorneys' fees, expert witness fees, and other costs, as provided by law;

i.  For such other and further relief as the Court may deem just and proper.

# Stock RX.
## *"Bringing you the best in medical microcap stocks"*

# MEDEFILE INTERNATIONAL, INC. *(MDFI.OB)* LAUNCHES NATIONAL MEDIA CAMPAIGN WITH CNBC. CNN. FOX AND MSNBC.

## WHO IS MDFI

MedeFile International, Inc. (OTCBB:MDFI) is a technology and services organization specializing in the organization, acquisition and management of medical records and images. MedeFile creates a single, highly secure system which makes its members medical records accessible 24 hours per day.

| MedeFile International, Inc. (OTCBB: MDFI) | |
|---|---|
| Recent price: | $0.32 |
| Target Price: | $0.76 |
| Market Cap: | 66.88M |
| Rating: | **Strong Buy** |

## INVESTMENT HIGHLIGHTS

- MEDEFILE INTL, INC. (OTCBB MDFI) Provides Newark Fraternal Order of Police MedeFile memberships.

- The Benefit Source, Inc. to market **MedeFile** electronic medical records management solution to national customer base.

- Personal Choice Family Practice empowers patients with MedeFile electronic medical records management solution..

- Hayes Clinical Labs to market **MedeFile** proprietary electronic medical records management solution to its patients.

- MedeFile is aimed to be the first choice of consumers, insurers, healthcare providers and employers.

- MedeFile has taken steps to ensure its compliance with both the **Gramm-Leach-Bliley Act** and HIPAA requirements.

## YOUR DAILY DOSE

Here's why **Stock RX** thinks MDFI.OB is a winner.

Healthcare records management is stuck in the past. Think about it. When you see a new doctor, the receptionist still hands you a pen, a clipboard and pages upon pages of medical history forms to fill out – every single time – over and over again.

MEDIFILE INTERNATIONAL, INC. (OTCBB:MDFI) is the 21st century answer to the medical file and storage cabinet. Imagine having all your medical information on your key chain – this is MedeFile's vision. No one wants to think about a loved one in an emergency room being denied care, even temporarily, because essential medical information in not available on demand. MedeFile employs a 128-bit key SSL protocol –the gold standard for Internet security. **Let's recap: Safe, Secure, On-demand medical data & storage**.

We can go on and on about why MedeFile fits the need for an E based medical information warehousing. Take a few minutes and see for yourself.

### www.medefile.com

Stock RX is an independent marketing firm. This report contains forward-looking statements. Past performance does not guarantee future results. This report is based on Stock Rx independent analysis, and may, or may not be the opinion of Stock RX. This report is based on MDFI web site, press releases and also relies on information supplied by sources believed to be reliable. Stock RX has been compensated ten thousand dollars by a third party for the dissemination of this report. The information contained in this report is for informational purposes only, and should not be construed as an offer or solicitation to buy or sell securities. Investors should consult with an investment professional before investing any money.

If you have received this alert in error please call 1-888-277-7349 to have your number removed

# 11 DAY UNFORGETABLE VACATION.



Taken together or separate

## 5 Days and 4 Nights in

# ORLANDO

3 Days & 2 Nights in

Daytona Beach and Ft. Lauderdale

Plus: 3 Day 2 Night BAHAMAS Cruise

*2 Children Free
with 2 Paid Adults!

**Bonus:** ☼5 Day Cancun or 7 Puerto Vallarta

☼Mini Excursion 3/2 **LAS VEGAS**

## ALL THIS FOR ONLY

# $99

PP based on Double Occupancy
Taxes Apply



- *Ask about 2
- Theme Park
- Tickets!

For the **FIRST 100** callers!

**NO BLACKOUT DATES!** Travel over **MAJOR** holidays!

Wholesale Vacation Corporate Department

Licensed – Bonded – Insured

# Toll Free : 1-800-469-1275

**Limited
Availability**

To Remove Call 1-888-277-7346



# Stock RX.

*"Bringing you the best in medical microcap stocks"*

# MEDEFILE INTERNATIONAL, INC. *(MDFI.OB)* LAUNCHES NATIONAL MEDIA CAMPAIGN WITH **CNBC. CNN. FOX AND MSNBC**.

## WHO IS MDFI

MedeFile International, Inc. (OTCBB:MDFI) is a technology and services organization specializing in the organization, acquisition and management of medical records and images. MedeFile creates a single, highly secure system which makes its members medical records accessible 24 hours per day.

| MedeFile International, Inc. (OTCBB: MDFI) | |
|---|---|
| Recent price: | $0.31 |
| Target Price: | $0.76 |
| Market Cap: | 66.88M |
| Rating: | **Strong Buy** |

## INVESTMENT HIGHLIGHTS

- **MEDEFILE INTL, INC. (OTCBB MDFI)** Provides Newark Fraternal Order of Police MedeFile memberships.

- The Benefit Source, Inc. to market MedeFile electronic medical records management solution to national customer base.

- Personal Choice Family Practice empowers patients with **MedeFile** electronic medical records management solution..

- Hayes Clinical Labs to market **MedeFile** proprietary electronic medical records management solution to its patients.

- **MedeFile** is aimed to be the first choice of consumers, insurers, healthcare providers and employers.

- **MedeFile** has taken steps to ensure its compliance with both the **Gramm-Leach-Bliley Act and HIPAA** requirements.

## YOUR DAILY DOSE

Here's why **Stock RX** thinks MDFI.OB is a winner.

Healthcare records management is stuck in the past. Think about it. When you see a new doctor, the receptionist still hands you a pen, a clipboard and pages upon pages of medical history forms to fill out – every single time – over and over again.

**MEDIFILE INTERNATIONAL, INC.** (OTCBB:MDFI) is the 21st century answer to the medical file and storage cabinet. Imagine having all your medical information on your key chain – this is MedeFile's vision. No one wants to think about a loved one in an emergency room being denied care, even temporarily, because essential medical information in not available on demand. MedeFile employs a 128-bit key SSL protocol –the gold standard for Internet security. **Let's recap: Safe, Secure, On-demand medical data & storage.**

We can go on and on about why MedeFile fits the need for an E based medical information warehousing. Take a few minutes and see for yourself.

### www.medefile.com

RX is an independent marketing firm. This report contains forward-looking statements. Past performance does not guarantee future results. This report is based on Stock Rx
...dent analysis, and may, or may not be the opinion of Stock RX. This report is based on MDFI web site, press releases and also relies on information supplied by sources
...ved to be reliable. Stock RX has been compensated ten thousand dollars by a third party for the dissemination of this report. The information contained in this report is for
informational purposes only, and should not be construed as an offer or solicitation to buy or sell securities. Investors should consult with an investment professional before
investing any money.

If you have received this alert in error please call 1-888-277-7349 to have your number removed.

# Coal Energy Stock Report

**The First Hot "Obama Stock"**
*A Great Play Before The Inauguration – Coal Corporation*
**(Stock Symbol: AFDM)**
**It May Be The Next Big Slam Dunk When The New President Reveals His Sweeping Green Energy, Clean-Coal Plan !!!**

**Stock Symbol: AFDM**

**Industry: Coal Mining**
**Current Stock price:   25 cents**
**30 day Average Price: 25 cents**

**TARGET PRICE IN NEXT 5 DAYS: $0.8**
**TARGET PRICE IN NEXT 30 DAYS: $1.4**

**Free Float: Less than 4M shares**

You know that whenever Washington decides to help an industry get off the ground, the investment profits follow in lockstep... that's when astute investors who are in early usually reap massive rewards.

You saw it happen before in defense, biotechnology, corn/ethanol and the Internet. If you missed out on these government-fueled bonanzas, don't feel bad... an instant replay is straight ahead. This time Washington will throw billions at energy independence.

That means a small group of 20 to 30 stocks is about be flooded with so much new government cash that our research team believes a few of them could shoot up 100-to-1 in the next three or four years.

The changing of the guard in Washington only makes this opportunity more bullish. These companies were a good bet even before Barack Obama was elected president ... now they are likely a slam dunk.

Just image what a 100-to-1 return would do for a new-to-the-stock-market company such as Coal Corporation (stock symbol AFDM). Trading at super affordable levels today, President Obama's clean-coal initiative, the crown jewel of his energy independence program, could push Coal Corporation past $22 in the coming year or so.

In that case, the pennies you invest today, become a mountain of dollars as the Obama administration rolls out its national energy savings program – the one that should free us from the tyranny of oil prices that are set by bad guys in the Middle East.

And, make no mistake about it – whether you like the guy or not – Obama is the new decider. He hands out the rewards now. And, he's strongly on board with clean coal, because he thinks expanding coal power will generate thousands of high paying jobs in the U.S.

So you can feel good about getting behind Coal Corporation (AFDM). You're making money and your supporting a "green" corporation.

Because, not only does Coal Corporation control more than 10,000 acres in coal-rich West Virginia, but the company uses the latest technology to maximize yield in a very environmentally sensitive manner. And if you know your U.S. history, you know there's a lot of coal beneath 10,000 acres in West Virginia.

Finally, there's one item you need to know about – one that's clearly in your favor. When you go to buy Coal Corporation you'll find the AFDM symbol leads you to a company called African Diamond Mining Company.

**AFDM just became Coal Corporation, and is readying its name change with the Securities and Exchange Commission.** So, you're getting in just days before the world finds out Coal Corporation now control more than 10,000 acres in West Virginia. You can go to coal-corporation.com to see some pictures of that.

And, you're getting into Coal Corporation just 45 days before President Obama will announce his vast energy independence program – the one that will create a million needed jobs. Clean coal technologies will be at the heart of that huge program – and Coal Corporation has the coal. It trades for around 25 cents today, so that means a small stake in Coal Corporation (AFDM) is a screaming bargain. We are convinced that you shouldn't wait too long to get your piece of what should be a historic stock – one that rides history to a huge share price.

**Buy Coal Corporation (AFDM) at the market today.**

**Removal number 866.922.4133**

Disclaimer: Coal Energy Stock Report (CESR) is an independent research and investor relations firm paid for electronic dissemination of company information. All statements and expressions are meant to be an independent analysis and relies on information supplied by sources believed to be reliable and are not meant to be a solicitation or recommendation to buy, sell, or hold securities. (CESR) are not registered investment advisors or a broker dealer. Investments in the companies reviewed are considered to be a high risk and use of the information provided is at the investor's sole risk. (CESR) has been paid $230,000 from Tripod Investments & Consulting Inc to disseminate this report in electronic form. (CESR) or Tripod Investments & Consulting Inc or its affiliates, agents and/or relatives thereof may have interests or positions in equity securities of the companies reviewed in this bulletin, some or all of which may have been acquired prior to the dissemination of this report, and may increase or decrease those positions at any time. Investments in smallcap companies are generally deemed to be highly speculative and to involve substantial risk, making it appropriate for readers to consult with professional investment advisors and to make independent investigation. Readers are cautioned not to place reliance on forward looking statements that suggest future results since they are based on assumptions and expectations that involve risks and uncertainties. A company's actual results could differ materially from those described in any forward looking statements.

# The Energy Bull

*"Providing Bullish picks in the Energy and Alt-fuel sectors".*



Congratulations to those who followed and invested wisely in Energy Bull's most recent pick **OTCBB: HYBR** which is now up **72%** since we recently published it **April 13st 2008**. We are commited to bringing you the very best picks from the Energy and Alternative fuel sectors.

---

**Superlattice Power Inc.**
**(OTCBB: SLAT)**

| | |
|---|---|
| Recent price: | $1.87 |
| Target Price: | $3.10 |
| Market Cap: | 215.42M |
| Rating: | **Strong Buy** |

### THE BULL'S BRAINS

For those of you unfamiliar with **The Energy Bull**...

"The Bull's Brains" is when we explain to you why we believe the current pick is a WINNER.

**Superlattice Power Inc.** (OTCBB:SLAT) is taking the lithium industry buy storm! Here are the facts: The usual lead acid batteries being used for electric cars provide the consumer with about a 40-50 mile range per charge. The current Lithium Ion batteries provide 100-120 mile range per charge. The **Superlattice** lithium battery will go up to a 200 mile range per charge — That's most than most of us drive every day.

SLAT is a quite giant! This stock is seriously undervalued -Again we are committed to highlighting great energy and green stocks which are not only the leaders in a green world but will increase your portfolio in the process. Did we mention this industry is valued at $3 Trillion.

**http://www.superlatticepower.com**

**If you like what you saw with HYBR then take a good hard look at SLAT and GET RIDING!**

### OTCBB:SLAT BREAKING NEWS

**Superlattice Power Inc. (OTCBB:SLAT)** Developers of new "Superlattice Structure" Lithium Battery capable of increasing drive ranges in excess of 200Mi.

### WHO IS SLAT

**Superlattice Power Inc.** is an emerging leader in the development and marketing of the next generation of lithium-powered batteries worldwide.

---

### INVESTMENT HIGHLIGHTS

- **Price of Oil is Going Through the Roof!**
  Oil prices have increased approximately 100% in the last year and there's is no ceiling in sight. Most analysts believe that oil will soon break $150 range.

- **The Price of Lithium Shows Downward Trend**
  The price of lithium batteries has gone down 15% in the last year. With this trend continuing SLAT's new technology will become irresistible.

- **Competitive prices give SLAT and advantage**
  Superlattice batteries not only give you higher range but also cost less then regular lithium batteries.

- **Global Warming concerns require action**
  Lithium battery technology is the most practical and realistic alternative for now and the future. The sooner the global community adapts this technology, the sooner we'll get relief at the pump.

- **"Environmental Awareness"** is now a TRILLION DOLLAR industry.

---

The Energy Bull is an independent marketing firm. This report contains forward-looking statements. Past performance does not guarantee future results. This report is based on The Energy Bulls independent analysis, and may, or may not be the opinion of The Energy Bull. This report is based on SLAT's web site, press releases and also relies on information supplied by sources believed to be reliable. The Energy Bull has been compensated twenty thousand dollars by a third party for the dissemination of this report. The information contained in this report is for informational purposes only, and should not be construed as an offer or solicitation to buy or sell securities. Investors should consult with an investment professional before investing any money.

If you have received this alert in error and are not a member of The Energy Bull's recipient lists we apologize. Please call 1-877-895-5720 to have your number removed.

# The Energy Bull
*"Providing Bullish picks in the Energy and Alt-fuel sectors".*



Congratlations to those who followed and invested wisely in Energy Bull's most recent pick **OTCBB: HYBR** which is now up **72%** since we recently published it **April 13st 2008.** We are commited to bringing you the very best picks from the Energy and Alternative fuel sectors.

---

### Superlattice Power Inc.
### (OTCBB: SLAT)

| | |
|---|---|
| Recent price: | $1.82 |
| Target Price: | $3.10 |
| Market Cap: | 215.42M |
| Rating: | **Strong Buy** |

## THE BULL'S BRAINS

For those of you unfamiliar with **The Energy Bull...**

"The Bull's Brains" is when we explain to you why we believe the current pick is a WINNER.

**Superlattice Power Inc. (OTCBB:SLAT)** is taking the lithium industry buy storm! Here are the facts: The usual lead acid batteries being used for electric cars provide the consumer with about a 40-50 mile range per charge. The current Lithium Ion batteries provide 100-120 mile range per charge. The Supperlattice lithium battery will go up to a 200 mile range per charge – **That's most than most of us drive every day.**

SLAT is a quite giant! This stock is seriously undervalued -Again we are committed to highlighting great energy and green stocks which are not only the leaders in a green world but will increase your portfolio in the process. Did we mention this industry is valued at $3 Trillion.

### http://www.superlatticepower.com

## If you like what you saw with **HYBR** then take a good hard look at SLAT and GET RIDING!

## OTCBB:SLAT BREAKING NEWS

**Superlattice Power Inc. (OTCBB:SLAT)** Developers of new "Superlattice Structure" Lithium Battery capable of increasing drive ranges in excess of 200Mi.

## WHO IS SLAT

**Superlattice Power Inc.** is an emerging leader in the development and marketing of the next generation of lithium-powered batteries worldwide.

---

### INVESTMENT HIGHLIGHTS

- **Price of Oil is Going Through the Roof!**
  Oil prices have increased approximately 100% in the last year and there's is no ceiling in sight. Most analysts believe that oil will soon break $150 range.

- **The Price of Lithium Shows Downward Trend**
  The price of lithium batteries has gone down 15% in the last year. With this trend continuing SLAT's new technology will become irresistible

- **Competitive prices give SLAT and advantage**
  Superlattice batteries not only give you higher range but also cost less then regular lithium batteries.

- **Global Warming concerns require action**
  Lithium battery technology is the most practical and realistic alternative for now and the future. The sooner the global community adapts this technology, the sooner we'll get relief at the pump.

- **"Environmental Awareness"** is now a TRILLION DOLLAR industry.

---

The Energy Bull is an independent marketing firm. This report contains forward-looking statements. Past performance does not guarantee future results. This report is based on The Energy Bulls independent analysis, and may, or may not be the opinion of The Energy Bull. This report is based on SLAT's web site, press releases and also relies on information supplied by sources believed to be reliable. The Energy Bull has been compensated twenty thousand dollars by a third party for the dissemination of this report. The information contained in this report is for informational purposes only, and should not be construed as an offer or solicitation to buy or sell securities. Investors should consult with an investment professional before investing any money.
If you have received this alert in error and are not a member of The Energy Bull's recipient lists we apologize.
Please call 1-877-885-5720 to have your number removed.



# The Energy Bull

*"Providing Bullish picks in the Energy and Alt-fuel sectors".*



Congratlations to those who followed and invested wisely in Energy Bull's most recent pick **OTCBB: HYBR** which is now up **72%** since we recently published it **April 13st 2008.** We are commited to bringing you the very best picks from the Energy and Alternative fuel sectors.

---

### Superlattice Power Inc.
### (OTCBB: SLAT)

| | |
|---|---|
| Recent price: | $2.40 |
| Target Price: | $3.10 |
| Market Cap: | 215.42M |
| Rating: | **Strong Buy** |

## THE BULL'S BRAINS

For those of you unfamiliar with The Energy Bull...

"The Bull's Brains" is when we explain to you why we believe the current pick is a WINNER.

**Superlattice Power Inc. (OTCBB:SLAT)** is taking the lithium industry buy storm! Here are the facts: The usual lead acid batteries being used for electric cars provide the consumer with about a 40-50 mile range per charge. The current Lithium Ion batteries provide 100-120 mile range per charge. **The Superlattice lithium battery will go up to a 200 mile range per charge – That's most than most of us drive every day.**

SLAT is a quite giant! This stock is seriously undervalued -Again we are committed to highlighting great energy and green stocks which are not only the leaders in a green world but will increase your portfolio in the process. Did we mention this industry is valued at $3 Trillion.

**http://www.superlatticepower.com**

**If you like what you saw with HYBR then take a good hard look at SLAT and GET RIDING!**

## OTCBB:SLAT BREAKING NEWS

**Superlattice Power Inc. (OTCBB:SLAT)** Superlattice Power's Powerful Lithium Ion Battery Featured in Hybrid Technologies' Vehicle Participating in Progressive's Popular xPrize Competition

## WHO IS SLAT

**Superlattice Power Inc.** is an emerging leader in the development and marketing of the next generation of lithium-powered batteries worldwide.

---

## INVESTMENT HIGHLIGHTS

- **Superlattice Power Inc. (OTCBB:SLAT)** Developers of new "Superlattice Structure" Lithium Battery capable of increasing drive ranges in excess of 200Mi.

- **The Price of Lithium Shows Downward Trend** The price of lithium batteries has gone down 15% in the last year. With this trend continuing SLAT's new technology will become irresistible.

- **Competitive prices give SLAT and advantage** Superlattice batteries not only give you higher range but also cost less then regular lithium batteries.

- **Global Warming concerns require action** Lithium battery technology is the most practical and realistic alternative for now and the future. The sooner the global community adapts this technology, the sooner we'll get relief at the pump.

- **"Environmental Awareness"** is now a TRILLION DOLLAR industry.

The Energy Bull is an independent marketing firm. This report contains forward-looking statements. Past performance does not guarantee future results. This report is based on The Energy Bulls independent analysis, and may, or may not be the opinion of The Energy Bull. This report is based on SLAT's web site, press releases and also relies on information supplied by sources believed to be reliable. The Energy Bull has been compensated twenty thousand dollars by a third party for the dissemination of this report. The information contained in this report is for informational purposes only, and should not be construed as an offer or solicitation to buy or sell securities. Investors should consult with an investment professional before investing any money.
If you have received this alert in error and are not a member of The Energy Bull's recipient lists we apologize.
Please call 1-877-885-5720 to have your number removed.