IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION; : <br> PETER STROJNIK, P.C.; and, <br> DAVID M. DePINTO <br>         Plaintiffs,     : <br>    v. <br>   <br> DIGITAL SPEED COMMUNICATIONS, INC. : <br> ADAM H. PASTERNACK; ABC <br> DEFENDANTS 1-50; and, SLINGSHOT <br> TECHNOLOGIES CORPORATION   : <br>         Defendants. | CIVIL NO. 09-1783 |

**ORDER**

AND NOW, this 1st day of September, 2009, it is hereby ORDERED and DECREED that the undersigned Judge recuses himself from the above-captioned matter.[1]

BY THE COURT:

/s/ C. Darnell Jones  II    J.

---

[1] Lead counsel for Defendants was a primary participant in and contributor towards my campaign when I ran for a seat on the Pennsylvania Supreme Court in 2007. As such, I believe an inescapable appearance of impropriety exists which requires my recusal from the matter pursuant to 28 U.S.C. §455(a).