# EXHIBIT A

Consumer Protection Corporation Articles of Incorporation

AZ Corp. Commission

02470913

**AZ CORPORATION COMMISSION FILED**

JUN 0 3 2008

FILE NO. 1454302 6

**ARTICLES OF INCORPORATION OF CONSUMER PROTECTION CORPORATION**

Pursuant to A.R.S. §10-202
(An Arizona Business Corporation)

1. **Name:**

The Name of the Corporation is: **CONSUMER PROTECTION CORPORATION.**

2. **Initial Business:**

The initial business of the corporation will be the protection of consumers, shareholders, persons and entities from misleading, fraudulent, unethical, illegal or otherwise improper conduct by persons and corporations in the sales of goods, services, merchandise or securities through litigation, demands, orders, stipulations, injunctions, and other methods as may be appropriate, and any and all other business permitted by law.

3. **Authorized Capital:**

The Corporation shall have authority to issue 1,000,000 shares of Common Stock.

4. **Known Place of Business:**

The street address of the known place of business of the Corporation is:

3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

5. **Statutory Agent:**

The name and address of the statutory agent of the Corporation is:

Peter Strojnik, P.C.
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

6. **Board of Directors:**

The initial board of directors shall consist of one director. The name and address of the person who is to serve as the director until the first annual meeting of the members, if a member corporation, or Board of Directors, if the corporation has no members, or until her successors are elected and qualified is:

Tanya G. Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

**AZ CORPORATION COMMISSION FILED**

JUL 0 1 2008

FILE NO. 1454302 6

Page 1 of 2

Cudiasan Protection Corporation Articles of Incorporation

The number of persons to serve on the board of directors thereafter shall be fixed by the Bylaws.

7. **Incorporator:** The incorporator is:

Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012

All powers, duties and responsibilities of the incorporators shall cease at the time of delivery of these Articles of Incorporation to the Arizona Corporation Commission.

8. **Indemnification of Officers, Directors, Employees and Agents:**

The Corporation shall indemnify any person who incurs expenses or liabilities by reason of the fact he or she is or was an officer, director, employee or agent of the Corporation or is or was serving at the request of the Corporation as a director, officer, employee or agent of another Corporation, partnership, joint venture, trust or other enterprise. This indemnification shall be mandatory in all circumstances in which indemnification is permitted by law.

9. **Limitation of Liability:**

To the fullest extent permitted by the Arizona Revised Statutes, as the same exists or may hereafter be amended, a director of the Corporation shall not be liable to the Corporation or its stockholders for monetary damages for any action taken or any failure to take any action as a director. No repeal, amendment or modification of this article, whether direct or indirect, shall eliminate or reduce its effect with respect to any act or omission of a director of the Corporation occurring prior to such repeal, amendment or modification.

Executed this 2nd day of June, 2005, by all of the incorporators.

Signed: _____
Peter Strojnik, Incorporator
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

**ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT**

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named corporation effective this 2nd day of June, 2005.

Signed: _____
Peter Strojnik
President, Peter Strojnik, P.C.
3030 North Central Ave. # 1401
Phoenix, Arizona 85012

Page 2 of 2

**PROFIT**
**CERTIFICATE OF DISCLOSURE**
Pursuant to A.R.S. §10-202. (D).

_Consumer Protection Corporation_
EXACT CORPORATE NAME

A. Has any person serving either by election or appointment as officer, director, trustee, incorporator and persons controlling or holding over 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation:

1. Been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
2. Been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
3. Been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the execution of this Certificate wherein such injunction, judgment, decree or permanent order:
   (a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction; or
   (b) Involved the violation of the consumer fraud laws of that jurisdiction; or
   (c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction?

Yes _____ No _X_

B. IF YES, the following information MUST be attached:

1. Full name, prior name(s) and aliases, if used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7-year period).
5. Date and location of birth.
6. Social Security number.
7. The nature and description of each conviction or judicial action, date and location, the court and public agency involved and file or cause number of case.

C. Has any person serving as an officer, director, trustee, incorporator or holder of over twenty per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or membership interest in the corporation served in any such capacity or held a twenty per cent interest in any other corporation in any jurisdiction on the bankruptcy, receivership or charter revocation of the other corporation?

Yes _____ No _X_

IF YOUR ANSWER TO THE ABOVE QUESTION IS "YES", YOU MUST ATTACH THE FOLLOWING INFORMATION FOR EACH CORPORATION:
1. Name and address of the corporation.
2. Full name (including aliases) and address of each person involved.
3. State(s) in which the corporation:
   (a) Was incorporated, (b) Has transacted business.
4. Dates of corporate operation.
5. Date and case number of Bankruptcy, or date of receivership/administrative dissolution.

D. The fiscal year end adopted by the corporation is _December 31st_

Under penalties of law, the undersigned incorporator(s)/officer(s) declare(s) that (I/we) have examined this Certificate, including any attachments, and to the best of my(our) knowledge and belief it is true, correct and complete, and hereby declare as indicated above.
THE SIGNATURE(S) MUST BE DATED WITHIN THIRTY (30) DAYS OF THE DELIVERY DATE.

BY _[signature]_                          BY _[signature]_

PRINT NAME _Tanya Strojnik_              PRINT NAME _Peter Strojnik_

TITLE _Director_ DATE _6/30/08_          TITLE _Incorporator_ DATE _6/30/08_

DOMESTIC CORPORATIONS: ALL INCORPORATORS MUST SIGN THE INITIAL CERTIFICATE OF DISCLOSURE. If within sixty days, any person becoming an officer, director, trustee or person controlling or holding over 10% of the issued and outstanding shares or 10% of any other proprietary, beneficial, or membership interest in the corporation and the persons are not included in this disclosure, the corporation must file an AMENDED certificate signed by at least one duly authorized officer of the corporation.

FOREIGN CORPORATIONS: MUST BE SIGNED BY AT LEAST ONE DULY AUTHORIZED OFFICER OF THE CORPORATION.

CF: 0003 – Business Corporations                    Arizona Corporation Commission
Rev: 10/2/08                                        Corporations Division

# EXHIBIT B



**STATE OF ARIZONA
CORPORATION COMMISSION
CORPORATION ANNUAL REPORT
& CERTIFICATE OF DISCLOSURE**



AZ Corp. Commission

02605984

DUE ON OR BEFORE: 10/07/2008        FYE 9-09        FILING FEE $45.00

The following information is required by A.R.S. §§10-1622 & 14-13622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 14-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.

1.  -0254083-9
    PETER STROJNIK, P.C.
    3030 N CENTRAL AVE #1401
    PHOENIX, AZ 85012

    RECEIVED
    OCT 0 3 2008
    ARIZONA CORP COMMISSION
    CORPORATIONS DIVISION

    RECEIVED
    NOV 04 2008
    ARIZONA CORP COMMISSION
    CORPORATIONS DIVISION

    Business Phone: _____  (Business phone is optional.)
    State of Domicile: ARIZONA    Type of Corporation: PROFESSIONAL

2.  Statutory Agent: PETER STROJNIK
    Mailing Address: 3030 N CENTRAL AVE #1401
    City, State, Zip: PHOENIX, AZ 85012

    Physical Address, If Different:
    Physical Address:
    City, State, Zip:

    Use this box only if appointing a new Statutory Agent

    ACC USE ONLY

    Fee $_____
    Penalty $_____
    Reinstate $_____
    Expedite $_____
    Received $_____

    If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.

    I (Individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

    Signature of new Statutory Agent

    Printed Name of new Statutory Agent

3.  Secondary Address:

    (Foreign Corporations are REQUIRED to complete this section)

4.  Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

    BUSINESS CORPORATIONS
    ...
    X 19. Legal Services

    NON-PROFIT CORPORATIONS
    ...

-0054081-9 PIOTR STROJNIK, P.C.

Page 2

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are REQUIRED to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. **Please Print or Type Clearly.**

5a.   Please examine the corporation's original Articles of Incorporation for the amount of shares authorized.

Number of Shares/Certificates Authorized: 1,000      Class: _____      Series Within Class (if any): _____

5b.   Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of shares issued.

Number of Shares/Certificates Issued: None      Class: _____      Series Within Class (if any): _____

**6. SHAREHOLDERS** (Business Corporations and Business Trusts are REQUIRED to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation. **Please Type or Print Clearly.**

NONE ☒

Name: _____   Name: _____
Name: _____   Name: _____

**7. OFFICERS** Please Type or Print Clearly. You Must List at Least One.

Name: PIOTR STROJNIK         Name: TANYA C. STROJNIK
Title: President              Title: Secretary/Treasurer
Address: 3030 N. Central Ave., Ste 1401   Address: 3030 N. Central Ave., Ste 1401
         Phoenix, AZ 85012                     Phoenix, AZ 85012
Date taking office: 9/98      Date taking office: 9/98

Name: _____                   Name: _____
Title: _____                  Title: _____
Address: _____                Address: _____

Date taking office: _____     Date taking office: _____

**8. DIRECTORS** Please Type or Print Clearly. You Must List at Least One.

Name: Piotr Strojnik          Name: _____
Address: 3030 N. Central Ave.  Address: _____
         Suite 1401
         Phoenix, AZ 85012
Date taking office: 9/98      Date taking office: _____

Name: _____                   Name: _____
Address: _____                Address: _____

Date taking office: _____     Date taking office: _____

Please Enter Corporation Name: TANYA STROZNIK, PS.   File number: 0P54082 Page 3

**8. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)**
Nonprofit corporations must attach a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. §10-11622.A.9)**

| Only Nonprofit Corporations must answer this question. | This corporation DOES ☐  DOES NOT ☒ have members. |

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.9 & 10-11622.A.7)**
Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: [Underlined portion pertains to business corporations only]

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction; or
    (b) the consumer fraud laws of that jurisdiction; or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

One box must be marked:   YES ☐   NO ☒

If "YES", the following information must be submitted as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).
5. Date and location of birth.
6. Social Security Number.
7. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-5202.D.2, 10-1823 & 10-11623)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver?   One box must be marked:   YES ☐   NO ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

[Underlined portion pertains to business corporations only]   One box must be marked:   YES ☐   NO ☒

If "YES" to A and/or B, the following information must be submitted as an attachment to this report for each person subject to the statement above.

1. The names and addresses of each corporation and the person or persons involved, (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was a) incorporated b) transacted business.
3. The dates of corporate operation.
4. If any involved person listed in #1 has been involved in any other bankruptcy proceeding within the past year, the name and address of such corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

**12. SIGNATURES:** Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Signature _Tanya Strozyk_   Date _10/7/08_   Name _____   Date _____

Signature _____

Title _Spec/Treasurer_   Title _____

(Signature(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# EXHIBIT C

# Peter Strojnik,

## P.C.

- Home
- Current Cases
- Areas of Practice
- Press ReleasesClients
- Contact UsImportant Links

# Contact Us

telephone: (602) 297-3019
fax: (602) 296-0135
email: peter@strojnik.com

3030 North Central Avenue
Suite 1401
Phoenix, AZ 85012
map

**Links:** contact us, current cases, press releases, recent filings, clients

areas of practice, members and associates, important links

-

Peter Strojnik, P.C. Page 2 of 2

- 

- ## Current Cases

  - Peter Strojnik, P.C. vs. Triple Play Stock Alert
  - Simple.net vs. The State of Oregon

- ## Archived Filings

  - December 2007
  - November 2007
  - October 2007
  - September 2007
  - August 2007
  - July 2007
  - June 2007
  - May 2007
  - April 2007
  - March 2007
  - February 2007
  - January 2007

©2007 Peter Strojnik, P.C.  All Rights Reserved.

Design by Free CSS Templates

# EXHIBIT D

# Mr. Peter Strojnik

**Firm/Organization:** Peter Strojnik PC
**Mailing Address:** 3030 N Central Ave Suite 1401
Phoenix, AZ 85012-2720
**Telephone:** 602-297-3019
**Fax:** 602-296-0135
[ Email ]
**County:** Maricopa
**Law School:** ASU
**Admitted to Practice:** 1980
**Admitted to AZ Bar:** October 4, 1980
**Jurisdiction:** Arizona
**Professional Liability Insurance:** Yes
**Status:** Active
**Activity**[1]**:** Click here to view lawyer activity.

[1]   This Web site displays changes in membership status and disciplinary actions taken against a lawyer. It does not include pending disciplinary proceedings.

This Web site does not display all lawyer sanctions, such as informal reprimands. Contact the State Bar of Arizona at 602-340-7384 or use the automated form to confirm the lawyer's entire record of activity.

[ Print This Page ]   [ Search Again ]