IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSUMER PROTECTION CORPORATION, ET AL.,** : | |
| : | |
| Plaintiffs,   : | **CIVIL ACTION** |
| : | |
| v.   : | **NO. 09-1783** |
| : | |
| **DIGITAL SPEED COMMUNICATIONS, INC., ET AL.,** : | |
| : | |
| Defendants.   : | |
| : | |

### ORDER

**AND NOW**, this ___ of November, 2009, upon consideration of Defendants' Motion to Dismiss (Doc. 20), and Plaintiffs' Response thereto (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** with respect to all claims therein against Defendants DigitalSpeed Communications, Inc., Adam H. Pastermack, and Slingshot Technologies Corporation.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.